IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| CRISS MURPHY, NORMAN JORDAN, ANDINO WARD, EDDIE BARNES, JR., PAUL HANNON, CURTIS NELSON, DAVID CHAMBERS, DENNIS COLEMAN, HERION MURPHY, and VINCENT SAFFORD, <br><br> Individually and on Behalf of Others Similarly Situated, <br><br>    PLAINTIFFS, <br> v. <br><br> SUPER STEEL SCHENECTADY INC., <br><br>    DEFENDANT. | CASE NO. 06-CV-0480 <br><br> District Judge: Gary L. Sharpe <br> Magistrate Judge: David R. Homer <br><br> JURY TRIAL DEMAND |

## JOINT MOTION FOR A PRELIMINARY APPROVAL HEARING

  Plaintiffs Criss Murphy, Norman Jordan, Andino Ward, Eddie Barnes, Jr., Paul Hannon, Curtis Nelson, David Chambers, Dennis Coleman, Herion Murphy, and Vincent Safford, and Defendant SuperSteel Schenectady Inc., by and through their undersigned counsel, hereby respectfully and jointly request a preliminary approval hearing regarding the parties' proposed Consent Decree.

  As defense counsel notified the Court via letter dated October 11, 2006, the parties have entered into a settlement of all claims relating to the above-captioned lawsuit. The proposed Consent Decree is filed concurrently herewith.

In order to expedite the settlement process, parties hereby respectfully request that the Court hold a hearing consistent with the terms of the Consent Decree. The parties propose January 5, 2007 for that hearing, the Court's schedule allowing.

Dated: December 21, 2006

Respectfully submitted:

/s/ David Sanford
David Sanford, D.C. Bar No. 457933
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW
Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780

Steven Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue
10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
2121 K Street, N.W.
Suite 700
Washington, D.C. 20037
Telephone: (202) 661-3510
Facsimile: (202) 628-8189

*Attorneys for Plaintiffs*

Joan M. Gilbride
Kaufman Borgeest & Ryan LLP
200 Summit Lake Drive
Valhalla, NY 10595
Telephone: (914) 741-6100

*Attorney for Defendants*