**SANFORD, WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, New York 10022
(646) 723 2947
Fax: (646) 723- 2948
E-Mail: swittels@nydclaw.com
www.nydclaw.com

| 18 Half Mile Road | 1666 Connecticut Ave, N.W., Suite 310 | 440 West Street |
| Armonk, NY 10504 | Washington, D.C. 20009 | Fort Lee, NJ 07024 |
| (914) 273-7314 | Tel: (202) 742-7777 | (201) 585-5288 |
| Fax: (914) 273-2563 | Fax: (202) 742-7776 | Fax: (201) 585-5233 |

January 24, 2007

**VIA FAX AND ELECTRONIC FILING**
Hon. Gary L. Sharpe
U.S. District Court, Northern District of New York
James T. Foley – U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

   Re: *Murphy v. Super Steel*, NDNY 06-cv-0480

Dear Judge Sharpe,

  In anticipation of tomorrow's preliminary approval hearing before Your Honor in the above-captioned matter, Plaintiffs write with Defendant's consent to provide Your Honor with a courtesy copy of the Proposed Order Preliminarily Approving the Class Settlement, which we will ask the Court to endorse at the hearing tomorrow at 1 p.m.

  This Proposed Order is simultaneously being filed electronically.

  Thank you for the Court's consideration.

            Respectfully submitted,

            S/_____
            Steven L. Wittels

cc: Joan Gilbride, Kaufman, Borgeest & Ryan LLP
   (Defense Counsel) (By E-mail)