# Kaufman Borgeest & Ryan LLP

ATTORNEYS AT LAW

200 Summit Lake Drive
Valhalla, New York 10595

TELEPHONE: 914-741-6100
FACSIMILE: 914-741-0025
www.kbrlaw.com

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER*
A. MICHAEL FURMAN*
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
ANN MARIE COLLINS*††
JONATHAN B. BRUNO‡
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN□

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
CAROL S. DOTY††‡
BARBARA-ANN M. COSTELLO
MELINDA B. MARGOLIES‡
JEFFREY S. WHITTINGTON○
ELIZABETH O'BRIEN TOTTEN
RICHARD A. PRETTI
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
CHRISTINE HEENAN
BELINDA DODDS-MARSHALL*‡
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JEFFREY W. KLEINER*
JENNIFER BIRNBAUM
GINA M. HOGUE*
MICHAEL R. JANES
R. EVON HOWARD☆
LEONARD B. COOPER††
REBECCA GOODMAN

ANDREW R. JONES
JAMES T. DE SILVA
KEITH L. KAPLAN††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY
KIMBERLY CRESPO
TIMOTHY E. MCCARTHY■
JEFFREY A. GRALNICK
TRACEY REISER-PERTOSO††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
ANDREW S. KOWLOWITZ*♦
MATTHEW M. FERGUSON♦
D. RYAN BLOOMQUIST
CRISTINA LA MARCA
EDWARD R. NORIEGA□
MATTHEW SPERGEL
PAUL T. CURLEY
ROBERT A. BENJAMIN*
KATHRYN C. COLLINS
JANINE C. CIALLELLA††
ELAN R. KANDEL*††
BRIAN M. SHER*

PAIGE E. COOPERMAN
MARGARET M. O'CONNOR
JOSHUA B. SANDBERG
BARRY S. COHEN††
THOMAS L. GALLIVAN
EILEEN R. FULLERTON††
CORRIE A. HURM
DENNIS J. DOZIS*
LYNN M. DUKETTE
RISA D. TARKOFF■
MILLI SHAH■
JOSEPH P. DePAOLA

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
± ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
♦ ALSO ADMITTED IN FL
○ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
□ ADMITTED IN CA ONLY
• ADMITTED IN CA, VA, DC ONLY
☆ BARRISTER AT LAW
   ADMITTED IN ENGLAND & WALES

March 19, 2007

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 21 2007

LAWRENCE K. BAERMAN, CLERK
ALBANY

**VIA FACSIMILE / FEDERAL EXPRESS**
Chambers of Hon. Gary L. Sharpe
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re:   **Murphy v. Super Steel Schenectady Inc. No. 06-CV-480 (GLS/DRH)**

Dear Judge Sharpe:

  We write to inform the Court that it has come to the parties' attention that the Consent Decree in the above-referenced matter, dated January 19, 2007, contains a mathematical error. The parties have reviewed the error, and jointly propose the following amendment to the Consent Decree for the approval of the Court.

  Section XI titled "Monetary Awards and Credited Decree Expenses" sets forth the terms concerning the monetary relief under the Consent Decree. A copy of the relevant section of the Consent Decree is annexed hereto for the convenience of the Court. The Total Class Award provided for in this section is $1.25 million. The distribution of the monetary relief is set forth in Section XI (A), Paragraphs (1)-(4). In the previously submitted Consent Decree, the total amount of money distributed among the Settlement Class members amounts to $1.2 million. Accordingly, $50,000.00 of the $1.25 million award was not distributed.

  The parties have conferred and respectfully request leave to amend the Consent Decree by allocating the remaining $50,000.00 to the Claims Fund described in Section XI (A), Paragraph (4) of the Decree. The revised Paragraph (4) would read as follows:

> 4. SSSI shall establish an interest bearing account for a Claims Fund and shall deposit $105,000.00 into the account for the benefit of additional Claimants qualified for monetary relief. Any interest on the account shall become part of the Claims Fund. SSSI shall appoint a Fund Administrator, an SSSI employee, who shall administer the fund and make payments from the fund in accordance with the terms of this Consent Decree and at the instructions of Class Counsel.

      The parties respectfully request that the Court approve the amendment to the Consent Decree.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

*/s/ Joan M. Gilbride*

Joan M. Gilbride

cc: David Sanford

SO ORDERED:

_____
U.S. District Judge
Date: 3/21/07

KAUFMAN BORGEEST & RYAN LLP