IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| **CRISS MURPHY, NORMAN JORDAN, ANDINO WARD, EDDIE BARNES, JR., PAUL HANNON, CURTIS NELSON, DAVID CHAMBERS, DENNIS COLEMAN, HERION MURPHY, and VINCENT SAFFORD,** Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SUPER STEEL SCHENECTADY, INC.,**<br><br>Defendant. | CASE NO. 06-CV-0480<br><br>District Judge: Gary L. Sharpe<br>Magistrate Judge: David R. Homer |

### PLAINTIFFS' UNOPPOSED MOTION FOR (1) FINAL APPROVAL OF THE CONSENT DECREE, ATTORNEYS' FEES AND EXPENSES, AND (2) ENTRY OF JUDGMENT

Pursuant to Federal Rules of Civil Procedure 23(e) and 54(d), Plaintiffs, with Defendant's consent, hereby move for an order (1) granting final approval and entry of the proposed Consent Decree, (2) approving the Judgment and dismissal, and (3) awarding attorneys' fees, costs and expenses in the above-captioned matter. In support of their Motion, Plaintiffs rely on the following: (1) Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Consent Decree, and entry of a final Judgment dated April 19, 2007, (2) Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees and Expenses dated April 19, 2007, (3) Declaration of David Sanford dated April 19, 2007, (4) Proposed Judgment and Order of Dismissal with Prejudice, and (5) all exhibits annexed to these papers, including prior

filings in this action.

Based on the foregoing, Plaintiffs move for final approval and entry of the Consent Decree, entry of final Judgment and an award of attorney's fees, costs and expenses.

Dated: April 19, 2007

                                      Respectfully submitted,

                                      S/ Steven L. Wittels
Steven L. Wittels, (SLW-8110)
Jeremy Heisler, (JH-0145)
**SANFORD WITTELS & HEISLER, LLP**
950 Third Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 723-2947
Facsimile: (646) 723-2948

David Sanford, D.C. Bar No. 457933
**SANFORD WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile:  (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Ave, NW, Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile:  (202) 742-7776

*Attorneys for Plaintiffs and the class*