# MOTION HEARING MINUTES

*CASE NAME:*

| Criss Murphy, et al. | VS | Super Steel Schenectady, Inc. |
|---|---|---|

*CAUSE*: 42:1983 Civil Rights Act        *DATE*:   April 23, 2007

*PROCEEDING:*        **Final Fairness Hearing**

*LAW CLERKS*: _____        *CASE NUMBER:*  **1:06-cv-480  (GLS/DRH)**

*TRIAL DATE:*   **/**/**        *STENO*:     Theresa Casal

Note:        None

| PRINT NAME | FIRM NAME | PHONE # | PARTY: |
|---|---|---|---|
| Janette L. Wipper, Esq. | Sanford, Wittels Law Firm | (646) 723-2459 | Plaintiffs |
| David Sanford, Esq. | Sanford, Wittels Law Firm | (646) 723-2459 | Plaintiffs |
| Joan M. Gilbride, Esq. | Kaufman, Borgeest Law Firm | (914) 741-6100 | Defendant |

BEGINNING TIME:    1:55 P.M.                END TIME: 2:00 P.M,

**APPEARANCES:**.    All attorney's are present.

1:55 p.m.    Atty. Sanford states no opt outs or no objections; received 32 letters to opt in out of 100 notices that were sent.
1:55 p.m.    Court discusses proposed order which is docket number 21.
1:56 p.m.    Atty. Gilbride states no opposition.
1:56 p.m.    Court adopts the proposed order and intends to enter the judgment.
1:57 p.m.    Court will enter judgment accordingly.